### FURNA CUTBIRTH V. THE STATE.

No. 3937. Decided February 16, 1916.

**Perjury—Companion Case—Precedent.**

Where, upon appeal from a conviction of perjury, the issues raised were substantially the same as those raised in a companion case which was decided adversely to the appellant, they need not be again reviewed, and the judgment is affirmed.

Appeal from the District Court of Taylor. Tried below before the Hon. Thomas L. Blanton.

Appeal from a conviction of perjury; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*J. M. Wagstaff* and *S. P. Hardwicke,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of perjury, his punishment being assessed at two years confinement in the penitentiary.

This is a companion case to Reed v. State, this day decided, in an opinion by Judge Harper, cause No. 3938. The questions are, it may be stated, the same in both cases, except perhaps one question in the Reed case not in this case. Inasmuch as the Reed case has been affirmed it would serve no practical purpose to write an extended opinion in this case. Upon the authority of that case the judgment herein will be affirmed.

*Affirmed.*

[Rehearing denied March 29, 1916.—Reporter.]